REIDUN STRØMSHEIM # 104938
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone:    (415) 989-4100
Fax:               (415) 989-2235
rstromsheim@stromsheim.com

Attorneys for Trustee,
PAUL MANSDORF

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

WESTEL SYSTEMS, INC.
aka Westcom, Inc.

TAX IDN 94-3291568
      Debtor

Case No. 09-46300 JM

Chapter 7

APPLICATION TO APPROVE AUCTION SALE BY TRUSTEE

TO THE HONORABLE JUDGE EDWARD D. JELLEN, UNITED STATES BANKRUPTCY JUDGE:

      Paul Mansdorf ("Trustee"), trustee of the above referenced bankruptcy estate, respectfully requests an order authorizing and approving the auction sale by the Trustee's sale of the Debtor's personal property.

      In support of the motion, the Trustee represents as follows:

      1.      An Order for relief under Chapter 7 of Title 11 of the United States Code was entered herein pursuant to a voluntary petition filed by the Debtor on July 15, 2009, and Paul Mansdorf is the duly appointed, qualified and acting trustee of the Debtor's estate.

      2.      Among the assets of the estate is the personal property consisting of the Debtor's inventory consisting of telephone switches, equipment for telephone systems and switches, a Clark fork lift, and such other inventory and equipment as is used in the Debtor's business, listed in the Debtor's schedules as having a book value in excess of $650,000 (the "Property").

1    2.    The Trustee believes that the sale of the Property by auction is in the best interest of the creditors, and will obtain the best and highest price for the estate. The auction will be conducted by HBendix Auctioneers ("Auctioneer"), which is being employed by the Trustee. The Auctioneer will be reimbursed the actual and necessary costs in the estimated sum of $7,000 from the proceeds of sale, and will charge buyers a 12% buyer's premium.

3.    Concurrently herewith is being filed and served a notice of auction sale, which sets forth the details of the date, time and place of the auction. All sales are AS-IS, cash, payable at the time of the sale.

6.    The notice of sale provides that and any party in interest who wishes to object to the sale or wishes a hearing on the Trustee's proposed sale and auction must comply with Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California. Pursuant to B.L.R. 9014-1, an objecting party must file with the Bankruptcy Court and serve counsel for the Trustee with a written objection, along with declarations and/or memoranda of law supporting the objection, no later than 20 days from the date of the notice. If an objection or request for hearing is timely filed and served, the Trustee will obtain a hearing date and give the requesting party not less than 10 days notice of the hearing. If no objection or request for hearing is timely filed and served, the Trustee may obtain an order approving the proposed sale and auction without a court hearing.

WHEREFORE, the Trustee requests, upon expiration of the time to request a hearing or file an objection, and upon submission of a declaration to the effect that no such pleading has been filed, that this Court enter an order authorizing the sale and auction of the Property, and authorizing the Trustee to pay the actual and necessary costs incurred by the Auctioneer..

DATED:    July 20, 2009.

                                                                STROMSHEIM & ASSOCIATES


                                                                    /s/    Reidun Strømsheim
                                                                Attorneys for CAROL W. WU, Trustee