PAUL J. MANSDORF
1563 Solano Ave. #703
Berkeley, CA 94707
(510) 526 5993
mansdorftrustee@sbcglobal.net
CHAPTER 7 TRUSTEE

UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA

In re

WESTEL SYSTEMS, INC.                    Case No. 09-46300 JM

        Debtor(s).
_____/

**REPORT OF AUCTIONEER**

    Attached is the Report of Auctioneer in the above-captioned case. The auctioneer waived all actual labor charges to the estate in the sum of $3190.00.

DATED: September 1, 2009    Respectfully submitted,


                      /s/ PAUL J. MANSDORF
                      Chapter 7 Trustee