# Auction Summary

08/27/2009

Auction Date 08/12/2009 11:00 AM To 08/12/2009 05:00 PM
Auction Location: Westel Systems - 7300 central #C Newark Ca.

## Buyer Totals

|  | Invoiced | Not Invoiced | Totals |  |
|---|---|---|---|---|
| Owned Inventory Sold | 11,222.82 | .00 | 11,222.82 | +150 00 |
| Consigned Inventory Sold | .00 | .00 | .00 | |
| Buyers Premium | 1,346.82 | .00 | 1,346.82 | +18 00 |
| Buyers Expenses | .00 | .00 | .00 | |
| Total Tax 1 Collected | 350.47 | .00 | 350.47 | |
| Total Tax 2 Collected | .00 | .00 | .00 | |
| Total Tax 3 Collected | .00 | .00 | .00 | |
| Total Tax 4 Collected | .00 | .00 | .00 | |
| **Total Due From Buyers** | **12,920.11** | **.00** | **12,920.11** | 13088,11 |

## Payments

| Type | Amount | Type | Amount |
|---|---|---|---|
| Cash | 8,803.89 | Cashiers Check | 3,549.63 |
| **Total Other Payments: .00** | | **Total Payments: 12,353.52** | |

## Consignor Totals

|  | Invoiced | Not Invoiced | Totals |
|---|---|---|---|
| Consignor Sales | .00 | .00 | .00 |
| Commissions Earned | .00 | .00 | .00 |
| Net Item Specific Expenses | .00 | .00 | .00 |
| Net General Expenses | .00 | N/A | .00 |
| **Gross Due To Consignors** | **.00** | **.00** | **.00** |

## Grand Totals

| | |
|---|---|
| Taxable Sold | 3,209.30 |
| Taxable Buyer Premium | 385.11 |
| Taxable Expenses | .00 |
| **Total Taxable Sales** | **3,594.41** |
| | |
| Non-Taxable Sold | 8,013.52 |
| Non-Taxable Buyer Premium | 961.70 |
| Non-Taxable Expenses | .00 |
| **Total Non-Taxable Sales** | **8,975.22** |
| | |
| Total Tax Collected | 350.47 |
| Miscellaneous Sales Income. | .00 |
| | |
| **Gross Income** | **12,920.10** |
| | |
| Gross Due To Consignors | .00 |
| Total Tax Collected | 350.47 |
| Cost Of Goods Sold | .00 |
| General Auction Expenses | .00 |
| | |
| **Net Profit** | **12,569.63** |

+150
+18

# Buyer Purchase History

## 08/27/2009

Buyer: All
Date Range: 01/01/2000 12:00:00 AM Through 08/27/2009 09:35:29 AM

---

## Buyer Information

Lane, Cheryl A.    (Buyer Number: 123)
, San Francisco CA
(415) 771-5263,

| Auction/Lot/Item # | Description | Item Amount |
|---|---|---|
| 5 / 8 / 1600 | DELL COMPUTER W/ MONITOR,KEYBOARD & MOUSE | 70.00 |
| 5 / 19 / 1617 | ROYAL TIME CLOCK | 12.50 |
| 5 / 32A / 1869 | LOT of EAR PIECES | 30.00 |
| 5 / 34 / 1632 | LOT ASSTD NETGEAR SWITCH PORTS | 40.00 |
| 5 / 36 / 1634 | SERVER | 17.50 |
| 5 / 37 / 1635 | SERVER | 20.00 |
| 5 / 38 / 1636 | SERVER | 20.00 |
| 5 / 50 / 1649 | DELL FLAT SCREEN (SCREEN ONLY) | 35.00 |
| 5 / 84 / 1682 | REFRIDGERATOR | 15.00 |
| 5 / 218 / 1810 | DELL COMPUTER MONITOR, KEYBOARD & MOUSE | 60.00 |
| 5 / 221 / 1813 | DELL COMPUTER MONITOR, KEYBOARD,MOUSE | 25.00 |
| 5 / 243 / 1835 | ASSTD. HEADSETS | 87.50 |
| 5 / 249 / 1841 | ASSTD. MERIDIAN | 285.00 |

|  | TOTAL | 717.50 |
|---|---|---|

## Buyer Information

Kunkel, Ron    (Buyer Number: 124)
, Newark CA
(510) 795-9999,

| Auction/Lot/Item # | Description | Item Amount |
|---|---|---|
| 5 / 6 / 1598 | EXECUTIVE CHAIR | 12.50 |
| 5 / 23 / 1621 | MODULE DESK UNIT W/ 3 WALLS | 10.00 |
| 5 / 24 / 1622 | DELL COMPUTER W/ ASSTD KEYBOARD,FLAT SCREEN,MOUSE,SPEAKERS | 80.00 |
| 5 / 26 / 1624 | MODULAR DESK UNIT W/ 3 WALLS | 10.00 |
| 5 / 27 / 1625 | DELL COMPUTER W/ ASSTD SCREEN, KEYBOARD,MOUSE,SPEAKERS | 100.00 |
| 5 / 29 / 1627 | MODULAR DESK UNIT W/ 4 WALLS | 10.00 |
| 5 / 39 / 1637 | FILE CABINET | 15.00 |
| 5 / 44 / 1643 | DELL COMPUTER W/ MONITOR,KEYBOARD & MOUSE | 110.00 |
| 5 / 47 / 1646 | LOT OF OFFICE SUPPLIES | 15.00 |
| 5 / 48 / 1647 | EXECUTIVE CHAIR | 7.50 |
| 5 / 51 / 1650 | 4 DRAWER FILE CABINET | 25.00 |
| 5 / 52 / 1651 | 4 DRAWER FILE CABINET | 25.00 |
| 5 / 53 / 1652 | 4 DRAWER FILE CABINET | 25.00 |
| 5 / 54 / 1653 | ASSTD VACUUM CLEANER & HEATER | 35.00 |

Buyer: All
Date Range: 01/01/2000 12:00:00 AM Through 08/27/2009 09:35:29 AM

| Auction/Lot/Item # | Description | Item Amount |
|---|---|---|
| 5 / 94 / 1692 | 6 FT TABLES | 35.00 |
| 5 / 102 / 1700 | APC | 25.00 |
| 5 / 217 / 1809 | DELL 1710 PRINTER | 15.00 |
| 5 / 220A / 1864 | SCALE/w SCANNER | 50.00 |
| 5 / 228 / 1820 | 2 DOOR CABINET W/ CONTENTS | 30.00 |
| 5 / 256 / 1848 | SECTIONS OF PALLET SHELVING | 140.00 |
| 5 / 268 / 1868 | ASST. CONTINERS | 15.00 |
| 5 / 1 / 1593 | ASSTD PICTURES | 325.00 |

| | TOTAL | 1,115.00 |
|---|---|---|

## Buyer Information

Chor, Robert  (Buyer Number: 125)
, Daly City CA 94014
(510) 708-8860,

| Auction/Lot/Item # | Description | Item Amount |
|---|---|---|
| 5 / 17 / 1609 | ASSTD BOXES OF PAPER | 30.00 |
| 5 / 22 / 1620 | EXECUTIVE CHAIR | 5.00 |
| 5 / 25 / 1623 | EXECUTIVE CHAIR | 20.00 |
| 5 / 68 / 1666 | ASSTD. TEW & ALE IMPULSE SEALER | 55.00 |
| 5 / 71 / 1669 | ASSTD GLUE GUNS | 10.00 |
| 5 / 72 / 1670 | ASSTD DRIVERS ETC. | 75.00 |
| 5 / 82 / 1680 | ASSTD. LIGHTS & FANS | 30.00 |
| 5 / 86 / 1684 | ASSTD. FANS | 10.00 |
| 5 / 101 / 1699 | APC | 5.00 |
| 5 / 104 / 1702 | PALLET JACK | 140.00 |

| | TOTAL | 380.00 |
|---|---|---|

## Buyer Information

Tarpley, McKinley  (Buyer Number: 126)
, Oakland CA 94619
(510) 536-7917,

| Auction/Lot/Item # | Description | Item Amount |
|---|---|---|
| 5 / 129 / 1715 | ASSTD. MODULES | 50.00 |
| 5 / 132 / 1718 | CMDU ASSTD. | 6.00 |
| 5 / 133 / 1719 | LOT PALLET OF INVENTORY | 5.00 |
| 5 / 135 / 1721 | AT&T DEFINITY (FRONT) | 5.00 |
| 5 / 136 / 1722 | AT&T DEFINITY (BACK) | 5.00 |
| 5 / 137 / 1723 | LOT PALLET OF INVENTORY | 15.00 |
| 5 / 160 / 1746 | LOT ASSTD. COMPUTER EQUIPMENT | 2.50 |

# Buyer Purchase History

08/27/2009

Buyer: All
Date Range: 01/01/2000 12:00:00 AM Through 08/27/2009 09:35:29 AM

| Auction/Lot/Item # | Description | Item Amount |
|---|---|---|
| 5 / 164 / 1750 | LOT OF MERCHANDISE PER INVENTORY LIST | 45.00 |
| 5 / 178 / 1769 | ASST. ASH & BLACK PHONES W/O HEADSETS | 2.40 |
| 5 / 186 / 1778 | LOT MISC. ITEMS | 35.00 |
| 5 / 186A / 1863 | PHONE CABLE | 55.00 |
| 5 / 238 / 1830 | ASSTD. DISPLAY PARTS & ACCESORIES | 50.40 |
| 5 / 239 / 1831 | ASSTD. POWER BARS | 1.00 |
| 5 / 242 / 1834 | ASSTD. MODULES | 1.70 |
| 5 / 245 / 1837 | ASSTD. MOTHER BOARDS | 21.70 |
| 5 / 251B / 1866 | ASST. MODULES | 10.00 |
| 5 / 259 / 1851 | ASST. BOXES,CARTONS,CONTAINERS OF CORDS | 30.00 |
| 5 / 260 / 1852 | ASSTD. MOTHER BOARDS | .60 |
| 5 / 266 / 1858 | LOT OF ASSTD. CUBICLES | 5.00 |
| 5 / 13 / 1605 | VIEW SONIC PROJECTOR | 110.00 |
| 5 / 13A / 1610 | ASSTD CAMERAS | 50.00 |
| 5 / 21 / 1619 | HP PRINTER | 47.50 |
| 5 / 45 / 1644 | EXECUTIVE CHAIR | 5.00 |
| 5 / 61 / 1659 | LOT OF MODULAR UNIT W/ ALL CONTENTS | 10.00 |
| 5 / 62 / 1660 | LUCENT TECH. DEFINITY W/ 2 MONITORS & 2 KEYBOARDS | 40.00 |
| 5 / 65 / 1663 | MERIDIAN 1 W/ MONITOR & KEY | 20.00 |
| 5 / 67 / 1665 | 4 DRAWER FILE CABINET W/ CONTENTS | 45.00 |
| 5 / 76 / 1674 | CRAFTSMAN COMPRESSOR | 40.00 |
| 5 / 77 / 1675 | LOT OF ASSTD POWER CORDS | 10.00 |
| 5 / 87 / 1685 | LOT OF FLASH LIGHTS (KEYCHAIN) | 12.50 |
| 5 / 88 / 1686 | LOT ASSTD. MERCHANDISE | 30.00 |
| 5 / 96 / 1694 | BOXES OF ASSTD. HARDWARE ETC. | 15.00 |
| 5 / 100 / 1698 | SMALL ROLLING RACK | 15.00 |
| 5 / 116 / 1710 | UNIT SL-1-SYSTEMS | 5.00 |
| 5 / 117 / 1711 | MERIDIAN CABINET | 5.00 |
| 5 / 118 / 1712 | MERIDIAN 1 7 COMPONENT UNIT | 10.00 |
| 5 / 119 / 1870 | MERIDIAN | 10.00 |
| 5 / 120 / 1861 | PALLET OF INVENTORY | 15.00 |

| | TOTAL | 841.30 |
|---|---|---|

## Buyer Information

Flood, Paul D.   (Buyer Number: 127)
, Morgan Hill CA 95037
(408) 396-1051,

| Auction/Lot/Item # | Description | Item Amount |
|---|---|---|
| 5 / 109 / 1703 | 2 DOOR CABINET | 20.00 |
| 5 / 130 / 1716 | ASSTD. MODULES | 40.00 |
| 5 / 131 / 1717 | ASSTD. MODULES & BOARDS | 32.00 |
| 5 / 134 / 1720 | LOT PALLET OF INVENTORY | 10.00 |
| 5 / 236 / 1828 | ALLWORX MICROSYSTEMS | 22.50 |

# Buyer Purchase History

08/27/2009

Buyer: All
Date Range: 01/01/2000 12:00:00 AM Through 08/27/2009 09:35:29 AM

|  | TOTAL | 124.50 |
|---|---|---|

## Buyer Information

Poon, Patrick    (Buyer Number: 128)
, San Leandro CA 94577
(510) 297-5382,

| Auction/Lot/Item # | Description | Item Amount |
|---|---|---|
| 5 / 10 / 1602 | TABLE | 1.00 |
| 5 / 11 / 1603 | WHITE BOARD | 7.50 |
| 5 / 33 / 1631 | NETOPIA ROUTER | 2.50 |
| 5 / 42 / 1640 | BROTHER LASER PRINTER | 5.00 |
| 5 / 69 / 1667 | BLACK & DECKER DRILL | 25.00 |
| 5 / 225 / 1817 | CLARK FORKLIFT W/ CHARGER | 3,500.00 |
| 5 / 255 / 1847 | SECTIONS OF PALLET SHELVING | 105.00 |

|  | TOTAL | 3,646.00 |
|---|---|---|

## Buyer Information

Grimblat, Miguel    (Buyer Number: 129)
, Concord CA 94520
(925) 689-1000,

| Auction/Lot/Item # | Description | Item Amount |
|---|---|---|
| 5 / 55 / 1860 | PHONE SYSTEM | 275.00 |
| 5 / 56 / 1654 | SATO CI 41ZE UNIT | 125.00 |
| 5 / 58 / 1656 | USB LABEL COMP. | 50.00 |
| 5 / 60 / 1658 | 5 DRAWER FILE CABINET W/ CONTENTS | 30.00 |
| 5 / 64 / 1662 | TOSHIBA STRATA | 20.00 |
| 5 / 66 / 1664 | LOT ASST. PARTS | 25.00 |
| 5 / 93 / 1691 | ASSTD. POWER STRIPS | 50.00 |
| 5 / 113 / 1707 | MERIDIAN PHONE UNITS | 6.00 |
| 5 / 127 / 1713 | UNIT SL-1 SYSTEMS | 17.50 |
| 5 / 128 / 1714 | UNIT SL-1 SYSTEMS | 17.50 |
| 5 / 138 / 1724 | ASSTD. CHARCOAL TOPS | 5.92 |
| 5 / 139 / 1725 | ASSTD. CHARCOAL BOTTOMS | 3.65 |
| 5 / 140 / 1726 | ASSTD. CHARCOAL TOP & BOTTOM | 1.01 |
| 5 / 141 / 1727 | ASSTD. ASH BOTTOM CASINGS | 1.85 |
| 5 / 142 / 1728 | ASSTD. BLACK CASINGS | .79 |
| 5 / 143 / 1729 | ASSTD. ASH BOTTOMS | 1.37 |
| 5 / 144 / 1730 | ASSTD. CHARCOAL FOOT STANDS | 2.00 |
| 5 / 145 / 1731 | ASSTD. BLACK TOP CASINGS | 3.37 |

Buyer: All
Date Range: 01/01/2000 12:00:00 AM Through 08/27/2009 09:35:29 AM

| | | |
|---|---|---|
| 5 / 146 / 1732 | ASSTD. CHARCOAL FOOT STANDS | 1.76 |
| 5 / 147 / 1733 | ASSTD. CHARCOAL FOOT STANDS | 3.15 |
| 5 / 148 / 1734 | ASSTD. BLACK COMPLETE CASINGS | .87 |
| 5 / 149 / 1735 | ASSTD. ASH & BLACK CASINGS | 3.30 |
| 5 / 150 / 1736 | ASSTD. MIXED FOOT STANDS | 1.65 |
| 5 / 151 / 1737 | ASSTD. MIXED FOOT STANDS | 2.45 |
| 5 / 152 / 1738 | ASSTD. GREY CASINGS | .79 |
| 5 / 153 / 1739 | ASSTD. BLACK HANDSETS | 11.15 |
| 5 / 154 / 1740 | ASSTD. BLACK HANDSETS | 8.80 |
| 5 / 155 / 1741 | ASSTD. BLACK HANDSETS | 34.80 |
| 5 / 157 / 1743 | ASSTD. BLACK & ASH CASINGS | 11.90 |
| 5 / 158 / 1744 | ASSTD. BLACK BOTTOM CASINGS | 7.40 |
| 5 / 159 / 1745 | LOT OF PHAMPLETS,USER GUIDES & MANUALS | 5.00 |
| 5 / 161 / 1747 | LOT OF CARDBOARD BOXES | 20.00 |
| 5 / 163 / 1749 | LOT OF MERCHANDISE PER INVENTORY LIST | 10.00 |
| 5 / 165 / 1752 | ASSTD. COMPLETE PLATINUM CASE | 2.76 |
| 5 / 166 / 1757 | ASSTD. CHARCOAL FOOT STANDS | .03 |
| 5 / 167 / 1758 | ASSTD. ASH HANDSETS | 3.00 |
| 5 / 168 / 1759 | ASSTD. ASH HANDSETS | 12.00 |
| 5 / 169 / 1760 | ASSTD. ASH HANDSETS | 4.50 |
| 5 / 170 / 1761 | ASSTD. ASH HANDSETS | 4.50 |
| 5 / 171 / 1762 | ASSTD. BLACK,ASH,GREY, FOOT STANDS | 6.39 |
| 5 / 172 / 1763 | ASSTD. BLACK HANDSETS | 3.00 |
| 5 / 173 / 1764 | ASSTD. BLACK HANDSETS | 3.00 |
| 5 / 174 / 1765 | ASSTD. BLACK  HANDSETS | 9.00 |
| 5 / 175 / 1766 | ASSTD.  ASH HANDSETS | 5.64 |
| 5 / 176 / 1767 | ASSTD. ASH HANDSETS | 7.35 |
| 5 / 177 / 1768 | ASSTD. ASH PHONES W/O HEADSETS | 4.15 |
| 5 / 179 / 1770 | ASSTD. LONG 2K CASES | 2.58 |
| 5 / 180 / 1771 | ASST. BLACK PHONES W/O HEADSET | 1.44 |
| 5 / 183 / 1775 | ASSTD. BLACK TOP & BOTTOM CASINGS | 2.67 |
| 5 / 184 / 1776 | ASSTD. BLACK HANDSETS | 15.00 |
| 5 / 185 / 1777 | ASSTD. ASH CASINGS | 7.41 |
| 5 / 187 / 1779 | ASSTD. CARTONS OF POLY BAGS | 20.00 |
| 5 / 188 / 1780 | ASSTD. ASH FOOT STANDS | 5.67 |
| 5 / 190 / 1782 | ASSTD. BLACK DISPLAY PARTS | 14.65 |
| 5 / 191 / 1783 | ASSTD. BLACK DISPLAY  2000 SERIES | 4.41 |
| 5 / 195 / 1787 | ASSTD. PLATINUM CASINGS | 2.31 |
| 5 / 196 / 1788 | BOXES ASSTD. BLACK FILLER PLATES | 5.00 |
| 5 / 197 / 1789 | ASSTD. ASH HANDSETS | 12.70 |
| 5 / 198 / 1790 | ASSTD. BLACK CASINGS | 5.55 |
| 5 / 199 / 1791 | BOXES ASSTD. ASH FILLER PLATES | 7.50 |
| 5 / 200 / 1792 | BOXES AATD. ASH FILLER PLATES | 10.00 |
| 5 / 201 / 1793 | ASSTD. GREY CASINGS | 2.10 |
| 5 / 202 / 1794 | ASSTD. BLACK HANDSETS | 4.05 |
| 5 / 203 / 1795 | ASSTD. BLACK HANDSETS | 7.30 |
| 5 / 204 / 1796 | ASSTD. BLACK HANDSETS | 5.00 |

Buyer: All
Date Range: 01/01/2000 12:00:00 AM Through 08/27/2009 09:35:29 AM

| | | | |
|---|---|---|---|
| 5 / 41 / 1639 | CREDIT CARD PAYMENT TERMINAL | | 10.00 |
| 5 / 110 / 1704 | LOT OF ASSTD. COMPUTER, MONITOR ETC. | | 1.00 |
| | | TOTAL | 16.00 |

## Buyer Information

Bezire, C. Nicholas    (Buyer Number: 132)
, Alameda CA
(925) 705-3833,

| Auction/Lot/Item # | Description | Item Amount |
|---|---|---|
| 5 / 85 / 1683 | WATER COOLER | 15.00 |
| 5 / 90 / 1688 | LOT ASSTD. TOOLS | 70.00 |
| 5 / 95 / 1693 | BOXES OF CORD COVER | 3.00 |
| 5 / 97 / 1695 | LARGE ROLLING RACK | 10.00 |
| 5 / 98 / 1696 | SMALL ROLLING RACK | 5.00 |
| 5 / 99 / 1697 | SMALL ROLLING RACK | 27.50 |
| 5 / 115 / 1709 | SECTIONS OF PALLET RACKING | 360.00 |
| 5 / 216 / 1808 | SECTIONS OF PALLET RECKING | 330.00 |
| 5 / 222 / 1814 | PALLET STRAPPING MACHINE | 65.00 |
| 5 / 223 / 1815 | DOCK PLATE | 50.00 |
| 5 / 224 / 1816 | INDUSTRIAL BLOWER | 35.00 |
| 5 / 252 / 1844 | ASSTD. 360MHZ POWER CORDS | 42.00 |
| 5 / 263 / 1855 | LOT OF ASSTD. PHONE LINE CORDS | 17.50 |
| 5 / 267 / 1859 | SMALL ROLLING DOLLIE CART | 5.00 |
| | TOTAL | 1,035.00 |

## Buyer Information

Prosper, Larry    (Buyer Number: 133)
, Concord CA 94520
(925) 689-1376,

| Auction/Lot/Item # | Description | Item Amount |
|---|---|---|
| 5 / 75 / 1673 | SAW HORSES | 15.00 |
| | TOTAL | 15.00 |

ADD             3525.00
S/F
MAILERS         2250 ω
                2602 80

B/K
PAY O ACCT        2 ω —
                2802 80     EXPENSE DEDUCTED FOR SALE

LABOR    $3190 ω   NOT CHARGED TO SALE


         11 222. 82
      +    150 ω    ADD ON
         11 372 82
      =  2802 80
          8570 02   NET TO TRUSTEE



## San Francisco Chronicle
### a Hearst Newspaper

# Advertising Insertion Order

Date: 8/9/09
To:    Harvey Bendix Auctioneer

Phone: 415.615.3536
From: Michele Miller

Thank you for reserving space for the following advertisements to run in The San Francisco Chronicle. The run dates, section requests and costs are as follows:

| DAY | DATE | SIZE | SECTION | COST | AD MATERIAL STATUS | DEADLINE/NOTES |
|-----|------|------|---------|------|--------------------|----------------|
| SUN | 8/9/09 | 2 x 2 | Business-Best Bid | 352.80 | processed | Paid by c/c on 8/10/09 |
|     |        |       |                   |        |           | " |
|     |        |       |                   |        |           |   |
|     |        |       |                   |        |           |   |
|     |        |       |                   |        |           |   |
|     |        |       |                   |        |           |   |
|     |        |       |                   |        |           |   |
|     |        |       |                   |        |           |   |
|     |        |       |                   |        |           |   |
|     |        |       |                   |        |           |   |
|     |        |       |                   |        |           |   |

# Advertising Insertion Order

Date: 8/9/09

To:  Harvey Bendix Auctioneer

Phone: 415.615.3536

From: Michele Miller

Thank you for reserving space for the following advertisements to run in The San Francisco Chronicle. The run dates, section requests and costs are as follows:

| DAY | DATE | SIZE | SECTION | COST | AD MATERIAL STATUS |
|-----|------|------|---------|------|--------------------|
| SUN | 8/9/09 | 2 x 2 | Business-Best Bid | 352.80 | processed |
|     |      |      |         |      |                    |
|     |      |      |         |      |                    |
|     |      |      |         |      |                    |
|     |      |      |         |      |                    |
|     |      |      |         |      |                    |
|     |      |      |         |      |                    |
|     |      |      |         |      |                    |
|     |      |      |         |      |                    |
|     |      |      |         |      |                    |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

We consider the above orders firm unless we hear from you in writing regarding changes and/or cancellations.

# San Francisco Chronicle
## P U B L I C A T I O N S

---

## PUBLIC AUCTION
*By Order of US Bankruptcy Court*

### WESTEL SYSTEMS
**7300 Central Avenue Suite C • Newark, CA**
**Wednesday August 12th 11:00am**
CONSISTING OF: OFFICE FURNITURE, PARTIONS, (10) DELL COMPUTERS, PRINTERS, SERVERS, TOSHIBA STRATE, NORTEL PHONE SYSTEMS, MERIDIAN PHONE SYSTEM-ATT, LG QUANITY HEAD SETS, FOOT STANDS, PHONES, MEMORY BOARDS, MODULES, PARTS, CASES, BAR CODE PRINTERS, PALLET SHELVING, TOOLS, CLARK ELECT FORK LIFT #T3420, PALLET JACK, DOCK PLATE, SECURITY CAMERS, VIEW SONIC PROJECTOR, ETC
Inspection Aug. 11th  9-1pm & Morning of Sale. $300 Cash Only (refundable deposit)
Cashiers Check to Harvey Bendix Auctioneers. 12% Buyers Premium
Cell Sue Phone #714-497-6527. For lists & photos see our website at www.richwasser.com
Harvey Bendix, Rich Wasser Auctioneers                     Bend #92236455-5

---

**PROOF O.K. BY:** _____        **O.K. WITH CORRECTIONS BY:** _____

PROOF DUE BACK BY 4:00 PM • PLEASE RETURN TO YOUR SALES PERSON OR FAX: 415-495-2672 • CALL: 415-615-3623

AD #: 5262849001
ADVERTISER: HARVEY BENDIX AUCTIONEER
SALES PERSON: Michele Miller
PROOF DATE & TIME: 8/7/2009 11:58 AM

SIZE: 2 COL. 1.83 in.
SECTION: ROP
COLOR INFO: -
OPERATOR: JWELLS

START DATE: 08/09/09


* 5 2 6 2 8 4 9 0 0 1 *

# Harvey Bendix Auctioneers

1110 N. Puente St.
Brea, CA 92821
(714) 497-6527

# Invoice
**(Page 1 of 1)**

## Buyer Information

## Invoice #

| Auction | ADMIN | DL#: | |
|---------|-------|------|---|

| Lot # | QTY | Description | Tax | Deposit | Amount | Extended |
|-------|-----|-------------|-----|---------|--------|----------|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## Payment Information

## Totals

| | |
|--|--|
| Total Bids: | |
| 12%: | |
| Subtotal: | |
| | .00 |
| | .00 |
| | .00 |
| Total Invoice: | |
| Total Paid: | |
| Balance Due: | |

**SWIFT MARKETING**

**Swift Direct Marketing**
2105 E 6th Street
Long Beach, CA 90814

# Invoice

| Date | Invoice # |
|---|---|
| 8/25/2009 | 2072 |

| Bill To |
|---|
| Rich Wasser and Harvey Bendix<br>39 Shady Vista Rd.<br>Rolling Hills Estates, CA 90274 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 8/25/2009 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 4,000 | 4x6 Postcard | Westel Communications August 12th Auction - Direct Mail Campaign | 0.5625 | 2,250.00 |
| | | Invoice Paid | | |

Make Checks Payable to Swift Direct Marketing. **FULL PAYMENT IS DUE UPON RECEPTION OF GOODS.** Changes to this invoice must be on writing. If payment has not been received shipping may be delayed until payment has been received and /or cleared, or job may be cancelled at Swift Direct Marketing's discretion. If job is cancelled by you or for cause by Swift Direct Marketing, you will be responsible for all job costs for work performed up to cancellation date. If work is shipped in good faith, and payment is not received within 2 weeks, a finance charge will be assessed at 1.888% per month (22% annual ). If payment is not received within 30 days of due date, the job file will be sent to our Legal council for further action. All collection fees will be the sole responsibility of Undersigned Company.
Thank you for your business!

| Total | $2,250.00 |
|---|---|
| **Balance Due** | $2,250.00 |